JAMES M. GILCHRIST, JUDGE, &c., FOR THE USE OF JOSEPH W BURNLEY AND WIFE, APPELLANT, vs. BANKS MEACHAM, ADMINISTRATOR, &c. OF WILLIAM D. HARRISON, DECEASED, APPELLEE.

This is a proceeding also instituted by *scire facias* in the Circuit Court of Gadsden County ; was submitted upon the argument in the next preceding case ; is understood to be like it in all its essential features, and that it was to abide the fate of that case, which has just been decided.

The judgment of the Court below is, therefore, reversed, and the same remanded for further proceedings not inconsistent with the opinion of this Court pronounced in that case.

*Per curiam.*